IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIM. NO. 5:21-CR-41 |
| | : | |
| JOE BREWER, | : | |
| | : | |
| Defendant | : | |
| _____ | : | |

TO THE HONORABLE JUDGES OF SAID COURT:

The petition of the United States of America, by Peter D. Leary, Acting United States Attorney for the Middle District of Georgia, respectfully shows:

1. That an indictment was filed against JOE BREWER in the United States District Court for the Middle District of Georgia, charging the defendant with Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, and Distribution of Methamphetamine in violation of Title 21, United States Code Section 841(a)(1), 846, 841 (a)(1), 841 (b)(1)(A)(viii), and 841 (b)(1)(B)(viii).

2. That said Defendant is now confined at the Monroe County Detention Center in Monroe County, Georgia, in the custody of the Sheriff thereof.

3. Petitioner further shows that the above-entitled case has been assigned for an initial appearance on the 20th day of October 2021, at 2:30 p.m. at the United States Courthouse in Macon, Georgia, and it is necessary that said Defendant be brought before this Honorable Court for said hearing at the time aforesaid.

WHEREFORE, your Petitioner prays that a writ of habeas corpus ad

prosequendum duly issue, directed to the Sheriff of said penal institution, directing and requiring him to deliver the body of the said JOE BREWER, W/M, DOB \*\*/\*\*/1968, SSN \*\*\*-\*\*-4583 to the Marshal of this District, or his lawful deputy, to be brought by him before this Honorable Court at the time of said hearing aforesaid, to the end that he may then and there participate in the initial appearance on the 20th day of October 2021, at 2:30 p.m., and may receive and abide by the judgment of this Court in the premises, thence to be returned to the custody from whence he came.

RESPECTFULLY SUBMITTED, this 30th day of September 2021.

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

BY:   /s/Alex Kalim
ALEX KALIM
Maryland Bar No. 1506160160
Assistant United States Attorney's Office
United States Attorney's Office
P.O. Box 1702
Macon, GA 31202-1702
Telephone (478) 752-3511
Fax: (478) 621-2655
E-mail:   alex.kalim@usdoj.gov