# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM. NO: 5:21-CR-41 |
| v. | : |
| JOSEPH BREWER | : |
| Defendant. | : |

## ORDER TO UNSEAL CASE

The motion of the United States to unseal the indictment in this action having come before this Court, and for good cause shown, it is hereby ORDERED that the case against the defendant, which was sealed on July 8, 2021, by order of this Court is hereby UNSEALED and shall be so designated by the Clerk of this Court.

SO ORDERED, this 14th day of October, 2021.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE