# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : |
| | : **CASE NO. 5:21-CR-41** |
| **JOE BREWER,** | : |
| | : |
| **Defendant.** | : |

## ORDER DISMISSING INDICTMENT AS TO JOE BREWER

Before the Court is the Government's Motion to Dismiss Indictment as to Defendant Joe Brewer. The Government has indicated that newly discovered information warrants dismissal of this case.

The Court, having reviewed the motion, finds good cause exists to grant the Government's motion to dismiss. Accordingly, pursuant to Rule 48(a), the charges against Defendant Joe Brewer are **DISMISSED**.

**SO ORDERED**, this 31st day of May, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT